IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MILENA ZAKAMAROK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05-cv-02684-AW |
| CREDIGY RECEIVABLES, INC. | * | |
| Defendant | * | |

\* * * * * * * * * * * * * * * * * * *

## NOTICE OF SETTLEMENT

Plaintiff Milena Zakamarok and Defendant Credigy Receivables, Inc., by undersigned counsel, hereby notify this Court that the parties have reached a settlement of the claims alleged or asserted in the above-captioned action. The parties anticipate that settlement shall be completed within 60 days and, at or before that time, shall submit a Stipulation and Order of Dismissal with Prejudice to this Court.

_____/s/_____           _____/s/_____
Christopher R. Wampler                    James M. Connolly
*The Wampler Law Firm, L.L.C.*            *Kramer & Connolly*
One Central Plaza                         500 Redland Court
11300 Rockville Pike, Suite 1015          Suite 211
Rockville, Maryland 20852                 Owings Mills, Maryland 21117
Tel.: (301) 881-8895                      Tel.: (410) 581-0070
Fax: (301) 881-8896                       Fax: (410) 581-1524
*Counsel for Plaintiff Milena Zakamarok*  *Counsel for Defendant Credigy Receivables, Inc.*

E:\OFFICE\CASES\207-011\notice_of_settlement.wpd